# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRAZIER HICKS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 11-815** |
| | * | |
| **WILLIAM ALTENBAUGH ET AL.** | * | **SECTION "L" (3)** |

## ORDER

     **IT IS ORDERED** that the early status conference currently set for October 18, 2011, at 1:30 p.m. is hereby **CONTINUED** to October 18, 2011, at 2:30 p.m.

     New Orleans, Louisiana, this 14th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE